E-FILED
Friday, 10 September, 2004   03:21:36 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| WENDY L. WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-CV-2096 |
| | ) | |
| MASTERBRAND CABINETS, | ) | |
| | ) | |
| Defendant. | ) | |

**FILED**
SEP 10 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

### DEFENDANT'S CERTIFICATE OF COMPLIANCE

Defendant, MasterBrand Cabinets, by counsel, advises the Court that on September 9, 2004, it served Plaintiff, Defendant's Initial Disclosure Statement on the following counsel of record:

> David Stevens
> HELLER, HOLMES & ASSOCIATES, P.C.
> 1101 Broadway Avenue
> P.O. Box 889
> Mattoon, IL 61938-0089

Respectfully submitted,

_____
Mark J. Romaniuk (#15255-49)
Kelley Bertoux Creveling (#19309-49)
BAKER & DANIELS
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Phone: (317) 237-0300
Fax: (317) 237-1000

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on the 9th day of September, 2004, a copy of the foregoing Defendant's Certificate of Compliance was served upon the following attorneys by first-class United States mail, postage prepaid.

David Stevens
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway Avenue
P.O. Box 889
Mattoon, IL 61938-0889
*Attorney for Plaintiff*

_____

2

INIMAN2 876672v1