IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| WENDY L. WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| -vs- ) | NO.   04-CV-2096 |
| ) | |
| MASTERBRAND CABINETS, ) | |
| ) | |
| Defendant. ) | |

## **PLAINTIFF'S CERTIFICATE OF COMPLIANCE**

Plaintiff, WENDY L. WILSON, by counsel, advises the Court that on September 14, 2004, the undersigned counsel served Defendant with Plaintiff's AUTOMATIC DISCLOSURE PURSUANT TO RULE 26 on the following counsel of record:

> Mark J. Romaniuk and Kelley Bertoux Creveling
> BAKER & DANIELS
> 300 N. Meridian Street, Suite 2700
> Indianapolis, IN 46204

WENDY L. WILSON, Plaintiff

By:   s/David Stevens
Of Heller, Holmes & Associates, P.C.
Her Attorneys

DAVID STEVENS
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway, PO Box 889
Mattoon, IL 61938-0889
FAX #217-235-0743
Telephone: 217-235-2700
E-mail: DavidStevens@HHLawOff.com

Attorneys for Plaintiff

# AFFIDAVIT OF SERVICE BY MAILING

The undersigned, being first duly sworn on oath, deposes and says that he served the within document on the persons named below, on the 14th day of September, 2004, at 5:00 P.M. by depositing true copies thereof, in the United States Post Office at Mattoon, Illinois, enclosed in envelopes, with proper postage fully prepaid, legibly addressed to them as follows:

> Mark J. Romaniuk and Kelley Bertoux Creveling
> Baker & Daniels
> 300 N. Meridian St., Suite 2700
> Indianapolis, IN 46204-1782
> (Attorneys for defendant MasterBrand Cabinets)

s/David Stevens

Subscribed and sworn to before me this
14th day of September, 2004.

s/Ann Mayer
Notary Public

DAVID STEVENS
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway
PO Box 889
Mattoon, IL 61938-0889
FAX #217-235-0743
Telephone: 217-235-2700
E-mail: DavidStevens@HHLawOff.com