UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| **WENDY L. WILSON,** | ) |
|         **Plaintiff,** | ) |
| **v.** | ) |
| | )   **Case No. 04-2096** |
| **MASTERBRAND CABINETS, INC.,** | ) |
| | ) |
|         **Defendant.** | ) |

## DISCOVERY ORDER

A discovery conference was held **September 29, 2004**, pursuant to FRCP 16 and local rule 16.2(A). The conference was held by telephone conference call pursuant to local rule 16.2(C). Plaintiff was represented by Mark Bovard. Defendant was represented by Kelley Bertoux Creveling and Mark J. Romaniuk. The progress of discovery to date was discussed. Deadlines were proposed by counsel and approved by the Court.

**WHEREFORE, IT IS ORDERED:**

1. The deadline for amendment of pleadings is **March 1, 2005.**

2. The deadline for joining additional parties is **March 1, 2005.**

3. Plaintiff shall disclose experts and provide expert reports by **March 15, 2005.** Plaintiff shall make any such experts available for deposition by **May 1, 2005.**

4. Defendant shall disclose experts and provide expert reports by **May 15, 2005.** Defendant shall make any such experts available for deposition by **July 1, 2005.**

5. All discovery, including deposition of experts, is to be completed by **August 15, 2005.**

6. The deadline for filing case dispositive motions shall be **September 1, 2005.**

7. The matter is scheduled for *final pretrial conference* by personal appearance before the Honorable Michael P. McCuskey, U.S. District Judge, on **December 22, 2005, at 11:00 a.m.**

8. The matter is scheduled for *jury selection and jury trial* before the Honorable Michael P. McCuskey, U.S. District Judge, on **January 9, 2006 (Case No. 5).**

ENTER this 1st day of October, 2004.

                                                        s/ DAVID G. BERNTHAL
                                                      U.S. MAGISTRATE JUDGE