E-FILED
Monday, 15 November, 2004  11:25:41 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| WENDY L. WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| -vs- ) | NO.   04-CV-2096 |
| ) | |
| MASTERBRAND CABINETS, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that I am one of the attorneys representing the Plaintiff, and that on November 15, 2004, I served a true and exact copy of **PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF** on the Defendant, MASTERBRAND CABINETS, by depositing same in the United States Mail at Mattoon, Illinois, first class postage fully prepaid, in an envelope legibly addressed to the following:

> Mark J. Romaniuk and Kelley Bertoux Creveling
> Baker & Daniels
> 300 N. Meridian St., Ste 2700
> Indianapolis, IN 46204

s/David Stevens<br>DAVID STEVENS

Subscribed and sworn to before me
this 15th day of November, 2004.

s/Ann Mayer
Notary Public

DAVID STEVENS
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway, PO Box 889
Mattoon, IL 61938-0889
FAX #217-235-0743
Telephone: 217-235-2700
E-Mail: DavidStevens@HHLawOff.com