IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| WENDY L. WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| -vs- | ) | NO.   04-CV-2096 |
| | ) | |
| MASTERBRAND CABINETS, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I am one of the attorneys representing the Plaintiff, and that on January 21, 2005, I served a true and exact copy of **PLAINTIFF'S ANSWERS TO INTERROGATORIES; and PLAINTIFF'S RESPONSE TO REQUEST TO PRODUCE** on the Defendant, MASTERBRAND CABINETS, by depositing same in the United States Mail at Mattoon, Illinois, first class postage fully prepaid, in an envelope legibly addressed to the following:

> Mark J. Romaniuk and Kelley Bertoux Creveling
> Baker & Daniels
> 300 N. Meridian St., Ste 2700
> Indianapolis, IN 46204

                                    s/David Stevens
                                    David Stevens, of Heller, Holmes & Associates, P.C.

Subscribed and sworn to before me
this 21st day of January, 2005.


        s/Ann Mayer
         Notary Public


DAVID STEVENS
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway
PO Box 889
Mattoon, IL 61938-0889
Telephone: (217) 235-2700
FAX #(217) 235-0743
e-mail: davidstevens@hhlawoff.com
M:\docs\CertServ.dis
am/c:Wilson14327.COS