**E-FILED**
Tuesday, 01 February, 2005  04:57:37 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| WENDY L. WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| -vs- | )  NO.  04-CV-2096 |
| | ) |
| MASTERBRAND CABINETS, | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENTS

I hereby certify that I am one of the attorneys representing the Plaintiff, and that on February 1, 2005, I served true and exact copies of **PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT; and PLAINTIFF'S REQUEST FOR THE PRODUCTION OF DOCUMENTS** on the Defendant, MASTERBRAND CABINETS, by depositing same in the United States Mail at Mattoon, Illinois, first class postage fully prepaid, in an envelope legibly addressed to the following:

Mark J. Romaniuk and Kelley Bertoux Creveling
Baker & Daniels
300 N. Meridian St., Ste 2700
Indianapolis, IN 46204

s/David Stevens
David Stevens
HELLER, HOLMES & ASSOCIATES, P.C.
Attorneys for Plaintiff
1101 Broadway, PO Box 889
Mattoon, IL 61938-0889
Telephone: (217) 235-2700
Fax: (217) 235-0743
E-mail: DavidStevens@HHLawOff.com