IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| WENDY L. WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| -vs- | ) | NO.   04-CV-2096 |
| | ) | |
| MASTERBRAND CABINETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO DISMISS**

Now come Plaintiff WENDY L. WILSON, by DAVID STEVENS of HELLER, HOLMES & ASSOCIATES, P.C., her attorneys, and Defendant MASTERBRAND CABINETS, INC., by KELLEY BERTOUX CREVELING, of BAKER & DANIELS, its attorneys, and for their Stipulation to Dismiss state as follows:

1. The parties have exchanged their initial disclosures and written discovery, and the depositions of the parties have been taken.

2. As a result of this discovery, the parties have agreed that the suit should be dismissed with prejudice, with each party to bear its own costs and fees.

WHEREFORE, Plaintiff and Defendant, through counsel, pray this Court to dismiss this matter with prejudice, with each party to bear its own costs and fees.

| | |
|---|---|
| s/David Stevens | s/Kelley Bertoux Creveling |
| David Stevens | Kelley Bertoux Creveling |
| HELLER, HOLMES & ASSOCIATES, P.C. | BAKER & DANIELS |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 1101 Broadway, P.O. Box 889 | 300 N. Meridian Street, Suite 2700 |
| Mattoon, IL 61938-0889 | Indianapolis, IN  46204 |
| Telephone: (217) 235-2700 | Telephone: (317) 237-0300 |
| Fax: (217) 235-0743 | Fax: (317) 237-1000 |
| E-mail: DavidStevens@HHLawOff.com | E-Mail: Kelley.Creveling@BakerD.com |